IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATE OF NEW JERSEY ) | | |
| DEPARTMENT OF ENVIRONMENTAL ) | | |
| PROTECTION ) | | |
| ) | | |
| Appellant, ) | C.A. No. 05-005 | |
| ) | | |
| v. ) | (Bankruptcy Case No.02-10118) | |
| ) | | |
| IT LITIGATION TRUST TRUSTEE ) | | |
| ) | | |
| Appellee. ) | | |

## OPPOSITON TO REFERRAL TO MEDIATION

The Appellant, the State of New Jersey, Department of Environmental Protection, in the above numbered and styled cause, by counsel, Kathrine M. Hunt, Deputy Attorney General, objects to the Court's referral of this cause for mediation, pursuant to the Notice of Docketing dated, January 6, 2005.

1. The first basis for this objection is that appellant does not have funds to pay the mediator's fee, which is $525.00 per hour, with a two hour deposit required. The State of New Jersey is a public entity that does not maintain funds for purposes such as mediation. When appellant has been referred to mediation in its own State courts, it is entitled to participate for 2 hours without incurring a fee.

2. Additionally, the sole basis for this appeal is to have an order from the Bankruptcy Court overturned. The order directs appellant to dismiss a State administrative proceeding against Landbank, Inc., a respondent in a case involving violations of the Freshwater Wetlands Protection Act, N.J.S.A. 13:9B-1 to -30. The State maintains that the Bankruptcy Court

did not have jurisdiction or authority to issue the order in dispute. Therefore, mediation with appellee cannot provide a remedy since it is the Court's action that constitutes the basis of the appeal.

Wherefore, the State of New Jersey objects to the referral of this cause to mediation and requests the Court to rescind the referral.

Dated: April 18, 2005

                                                Peter C. Harvey
Attorney General of New Jersey

/s/ Kathrine Motley Hunt
Deputy Attorney General
State of New Jersey
Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, NJ 08625-093
Attorney for Appellant

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Stuart B. Drowos
Deputy Attorney General
State of Delaware
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, De  19801
stuart.drowos.@state.de.us
Attorney for Appellant

## **CERTIFICATE OF SERVICE**

A copy of the above *Objection to Referral to Mediation* was mailed on April 18, 2005 by first class mail and e-filed to the following counsel for appellee.

Jeffrey Schlerf, Esq.,
Eric Sutty, Esq.,
The Bayard Firm
222 Delaware Avenue, Suite #900
Wilmington, DE  19801

John Cunningham, Esq.,
Ileana Cruz, Esq.,
White & Case, LLP
Wachovia Financial Center
200 South Biscayne Blvd.,
Suite #4900
Miami, FL  33131

**DEPARTMENT OF JUSTICE**
**STATE OF NEW JERSEY**

/s/ Kathrine Motley Hunt
Deputy Attorney General
State of New Jersey
Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, NJ 08625-093
Attorney for Appellant

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Stuart B. Drowos
Deputy Attorney General
State of Delaware
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, De  19801
stuart.drowos.@state.de.us
Attorney for Appellant