IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| IT GROUP INC., et al., | : Bankruptcy Case 02-10118 (MFW) |
| | : |
| Debtors. | : |
| | |
| STATE OF NEW JERSEY ENVIRONMENTAL PROTECTION, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 05-005 JJF |
| | : |
| IT LITIGATION TRUST TRUSTEE, | : |
| | : |
| Appellee. | : |

**O R D E R**

WHEREAS, Appellant, State of New Jersey Department of Environmental Protection, filed an Opposition To Referral To Mediation (D.I. 8);

WHEREAS, no response has been filed to Appellant's opposition;

WHEREAS, the Court agrees to waive the mediation requirement;

NOW THEREFORE, IT IS HEREBY ORDERED that:

The mandatory mediation requirement for the above-captioned appeal is waived.

IT IS FURTHER ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within fifteen (15) days of the date of this Order.

Answering Brief on appeal shall be filed within fifteen (15) days of receipt of opening brief.

Reply Brief on appeal shall be filed within ten (10) days of receipt of answering brief.

April 28, 2005
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE