**IN THE UNITED STATES DISTRICT COURT**
**District of Delaware**

In re:                )
                      )
  The IT Group, Inc., )   Civil Action No. 05-005
  et al.              )   Bankruptcy Case No. 020-10118

**STIPULATED BRIEFING SCHEDULE**

The parties have agreed to the following briefing schedule: appellants brief shall be filed by June 10, 2005, the answering brief shall be filed by July 22, 2005, and a reply brief by August 8, 2005.

                        Local Counsel for New Jersey Department of Environmental Protection

Date: May 12, 2005            Signed: /s/ Stuart Drowos
                                      Stuart Drowos, Bar ID #427
                                      Delaware Division of Revenue
                                      Carvel Building, 8th Floor
                                      820 N. French Street
                                      Wilmington, DE 19801


                        Attorney for New Jersey Department of Environmental Protection, Admitted Pro Hac Vice

Date: May 12, 2005            Signed: /s/ Kathrine Motley Hunt
                                      Kathrine Motley Hunt
                                      Deputy Attorney General
                                      Richard J. Hughes Justice Complex
                                      PO Box 093
                                      Trenton, NJ 08625

                        Attorney for IT Litigation Trust Trustee

Date: May 12, 2005            Signed: /s/ Ileana Cruz
                                      Ileana Cruz
                                      White & Case, LLP
                                      Wachovia Financial Center
                                      200 South Biscayne Blvd., Suite 4900
                                      Miami, FL 33131