IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 Case No. 02-10118 |
| ) | |
| THE IT GROUP, INC., et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |
| STATE OF NEW JERSEY ) | Civil Action No. 05-005 (JJF) |
| ENVIRONMENTAL PROTECTION ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| IT LITIGATION TRUST TRUSTEE, ) | |
| ) | |
| Appellee. ) | |

### STIPULATED MODIFICATION TO BRIEFING SCHEDULE

The parties hereto hereby stipulate and agree to the following revision to the schedule for briefing on appeal to the United States District Court for the District of Delaware:

- Appellee's Answer Brief shall be filed and served on or before August 15, 2005.

- Appellant's Reply Brief shall be filed and served on or before September 1, 2005.

Dated: July 18, 2005
Wilmington, Delaware

Local Counsel for New Jersey
Department of Environmental Protection

By: _____
Stuart Drowos, Bar ID No. 427
Delaware Division of Revenue
Carvel Building, 8th Floor
820 N. French Street
Wilmington, DE 19801

Attorney for New Jersey Department of
  Environmental Protection, Admitted *Pro Hac Vice*

By: _____
  Kathrine Motley Hunt
  Deputy Attorney General
  Richard J. Hughes Justice Complex
  P.O. Box 093
  Trenton, NJ 08625


Counsel for IT Litigation Trust Trustee:

By: _____
  Jeffrey M. Schlerf (No. 2187)
  Eric M. Sutty (No. 4007)
  THE BAYARD FIRM
  222 Delaware Avenue, Suite 900
  Wilmington, DE 19801

And

  John K. Cunningham
  Ileana A. Cruz
  White & Case LLP
  Wachovia Financial Center – 4900
  200 South Biscayne Blvd.
  Miami, FL 33131-2352


IT IS SO ORDERED.

                                    BY THE COURT:

Dated: July ___, 2005

                                    _____
                                    Honorable Joseph J. Farnan
                                    United States District Court Judge