## CERTIFICATE OF SERVICE

I, *Eric M. Sutty*, Esquire, hereby certify that on this 21st day of July 2005, I caused a copy of the *Stipulated Modification to Briefing Schedule* to be served upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**

Stuart B. Drowos, Esquire
Delaware Division of Revenue
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Katharine Motley Hunt, Esquire
Deputy Attorney General
Richard J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

Eric M. Sutty (No. 4007)

595205v1