## CERTIFICATE OF SERVICE

I, Eric M. Sutty, Esquire, hereby certify that on this 15th day of August, 2005, I caused a true and correct copy of the **Appendix to Answering Brief of Appellee the IT Litigation Trust** to be served on the parties listed below via hand delivery to local counsel and via U.S. First Class Mail upon the remaining party thereon.

Stuart Drowos, Esquire
Delaware Division of Revenue
Carvel Building, 8th Floor
820 N. French Street
Wilmington, DE  19801

Mark S. Kenney, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Katherine Motley Hunt, Deputy Attorney General
New Jersey Department of Environmental Protection
Richard J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Eric M. Sutty (No. 4007)

598007v1