IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| | : | |
| THE IT GROUP, INC., | : | Bankruptcy Case No. 02-10118-MFW |
| CO., et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| STATE OF NEW JERSEY | : | |
| DEPARTMENT OF ENVIRONMENTAL | : | |
| PROTECTION, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 05-005-JJF |
| | : | |
| THE IT LITIGATION TRUST, | : | |
| successors to the Debtors, | : | |
| | : | |
| Appellee. | : | |

### FINAL ORDER

At Wilmington, this 17 day of March 2006, for the reasons
set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED THAT the December 6, 2004 Order of the
Bankruptcy Court is **AFFIRMED**.

UNITED STATES DISTRICT JUDGE